IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff<br><br>v.<br><br>**FUNDS IN THE AMOUNT OF $53,082,824.19.00 IN U.S. CURRENCY, CONTAINED IN THE FOLLOWING ACCOUNTS UNDER THE NAME OF BANCO SAN JUAN INTERNATIONAL:**<br>a) xxx-x7689 – MERRILL LYNCH ADDRESS: #15 SECOND ST., SUITE 210, GUAYNABO, PR 00968, UP TO $10,000,000.00;<br><br>b) xxx-x7059 – MERRILL LYNCH ADDRESS: 225 LIBERTY ST., 41ST FL, NEW YORK, NY 10281, UP TO $5,000,000.00; AND<br><br>c) FEDERAL RESERVE BANK OF NEW YORK ACCOUNT # xxxx-x228-6, UP TO $38,082,824.19,<br><br>Defendant | CIVIL NO.: 19- |

**MOTION REQUESTING ISSUANCE OF
WARRANT OF ARREST IN REM AND SEIZURE**

TO THE HONORABLE COURT:

COMES NOW the United States of America, through its undersigned attorneys, and very respectfully states and prays as follows:

1.      Plaintiff has filed forfeiture proceedings against the defendant currency, pursuant to Title 18, United States Code, Sections 981(a)(1)(A),(C) and Title 18 United States Code, Section

1

984.

2. Pursuant to Title 18, United States Code, Section 981(b)(2), Warrants of Arrest *in Rem* and Seizure were filed along with the Complaint for Forfeiture *in Rem.*

3. The purpose of the Warrants of Arrest *in Rem* and Seizure is that the Court acquires jurisdiction over the defendant property.

4. The Warrants are needed so that due process may issue to enforce the forfeiture, and to give notice to the interested parties to appear in court and show cause why the forfeiture should not be decreed.

WHEREFORE, plaintiff United States of America prays to the Honorable Court to expeditiously issue the above-mentioned warrant, and that the originals of the same be delivered to the U.S. Attorney for the District of Puerto Rico, who will make the arrangements for their service according to law.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 27th day of September, 2019.

**ROSA EMILIA RODRIGUEZ-VELEZ**
United States Attorney

*s/ David O. Martorani-Dale*
**David O. Martorani-Dale**
Assistant United States Attorney
USDC-PR No.: 226004
Torre Chardon, Suite 1201
350 Chardon Street
San Juan, PR  00918
Telephone: 787-766-5656
Fax: 787-766-6219
Email: david.o.martorani@usdoj.gov