### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　Plaintiff,<br><br>　　v.<br><br>**FUNDS IN THE AMOUNT OF $53,082,824.19 IN U.S. CURRENCY,**<br><br>　Defendant. | **CIVIL NO. 19-1930 (PAD)** |

### ORDER

Upon the United States' "Motion Requesting Issuance of Warrant of Arrest in Rem and Seizure" (Docket No. 4), and after having been duly advised of all the facts in the case, the court ORDERS that a Warrant of Arrest in Rem be issued, and that the original be delivered to the United States Attorney for the District of Puerto Rico, who will make arrangements for its service according to law.  The property to be arrested is:

  a.　xxx-x7689 – Merrill Lynch Address: #15 Second St., Suite 210, Guaynabo, PR 00968, up to $10,000,000.00;

  b.　xxx-x7059 – Merrill Lynch Address: 225 Liberty St., 41$_{st}$ FL, New York, NY 10281, up to $5,000,000.00; and

  c.　Federal Reserve Bank of New York Account #xxxx-x228-6, up to $38,082,824.19.

**SO ORDERED.**

In San Juan, Puerto Rico, this 8th day of October, 2019.

　　　　　　　　　　　　　　　　　　　　　　s/Pedro A. Delgado-Hernández
　　　　　　　　　　　　　　　　　　　　　　PEDRO A. DELGADO-HERNÁNDEZ
　　　　　　　　　　　　　　　　　　　　　　United States District Judge