IN THE UNTED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

      v.

FUNDS IN THE AMOUNT OF
$53,082,824.19 IN U.S. CURRENCY,

    Defendant.

CIVIL NO. 19-1930 (PAD)

## JUDGMENT

In accordance with the Order issued today (Docket No. 8), judgment is hereby entered administratively closing this case.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 8th day of October, 2019.

                                                s/Pedro A. Delgado-Hernández
                                                PEDRO A. DELGADO-HERNÁNDEZ
                                                United States District Judge