IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>$53,082,824.19 IN U.S. CURRENCY,<br><br>Defendant | No: 19-cv-01930 |

## BANCO SAN JUAN INTERNACIONAL'S MOTION TO RESTRICT

Abbe David Lowell, *Pro hac vice* pending
Eric W. Bloom, *Pro hac vice* pending
Christopher D. Man, *Pro hac vice* pending
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006
(202) 282-5000 (Phone)
(202) 282-5100 (Fax)
adlowell@winston.com

Guillermo Ramos Luiña (USDC-204007)
PO Box 2763, UPR Station
San Juan, PR 00931-2763
(787) 620-0527 (Phone)
(787) 620-0039 (Fax)
gramlui@yahoo.com

*Counsel for Banco San Juan Internacional, Inc.*[1]

---

[1] Co-counsel for BSJI in this proceeding, DLA Piper and Sonia Torres, are not counsel in sealed proceeding No. 19-Misc.-163, and are thus not in possession of the materials referenced in the restricted submissions that necessitate this Motion to Restrict. Nor are they identified as counsel on the restricted submissions. They are, however, identified as co-counsel with respect to all non-restricted submissions. As co-counsel in this matter, DLA and Ms. Torres might otherwise have access to the restricted material, but both confirm, as officers of the Court, that they will not review restricted material filed in this action concerning the sealed proceeding until authorized by the Court.

Consistent with Standing Order No. 9 (January 30, 2013), Banco San Juan Internacional, Inc. (BSJI) respectfully moves to file its Motion to Lift Stay of Civil Forfeiture Proceedings and exhibits as restricted filings with the "selected parties" designation.  The Motion references material from sealed, but related, miscellaneous actions (No. 19-Misc.-163 & No. 19-Misc-263), and those seals have not yet been removed.  Thus, BSJI must file its Motion and exhibits as restricted to ensure that sealed material is not made publicly available.  BSJI will separately file a redacted version of its Motion so that the public may have access to all information to which it is entitled.

Dated:  October 9, 2019

| | |
|---|---|
| Abbe David Lowell, *Pro hac vice* pending | */s/ Guillermo Ramos Luiña* |
| Eric W. Bloom, *Pro hac vice* pending | Guillermo Ramos Luiña (USDC-204007) |
| Christopher D. Man, *Pro hac vice* pending | PO Box 2763, UPR Station |
| Winston & Strawn LLP | San Juan, PR 00931-2763 |
| 1700 K Street, NW | (787) 620-0527 (Phone) |
| Washington, DC 20006 | (787) 620-0039 (Fax) |
| (202) 282-5000 (Phone) | gramlui@yahoo.com |
| (202) 282-5100 (Fax) | |
| adlowell@winston.com | |

*Counsel for Banco San Juan Internacional, Inc.*

### CERTIFICATE OF SERVICE

I certify that the foregoing was filed on October 9, 2019 with the Clerk of Court using the CM/ECF system, which automatically sent a notice of electronic filing to all counsel of record.

*/s/ Guillermo-Ramos Luiña*
Guillermo Ramos Luiña