IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | |
| v. | No. 19-cv-01930 |
| $53,082,824.19 IN U.S. CURRENCY, | |
| *Defendant*. | |

**BANCO SAN JUAN INTERNACIONAL'S INFORMATIVE MOTION ON CONSENT**

Pending before the Court is the Joint Motion for Extension of Time and Continuation of Pending Court Deadlines, *see* Dkt. #73 (the "Joint Motion"), by the plaintiff, the United States of America, and the claimant, Banco San Juan Internacional, Inc. ("BSJI," and with the United States of America, the "Parties"). The Parties have sought the requested relief in good faith, because they believe that discussions between them have the potential to narrow or to eliminate altogether the issues currently before the Court. Conversely, the filing of additional pleadings might serve to diminish the Parties' prospects of reaching any agreement.

Should the Court deny the Joint Motion, the United States does not object to BSJI being afforded until the next business day on which to file BSJI's replies.

Dated: December 9, 2019

| | |
|---|---|
| */s/ Guillermo Ramos Luiña* | */s/ Abbe David Lowell* |
| Guillermo Ramos Luiña (USDC-204007) | Abbe David Lowell (*pro hac vice*) |
| PO Box 2763, UPR Station | Eric W. Bloom (*pro hac vice*) |
| San Juan, PR 00931-2763 | Christopher D. Man (*pro hac vice*) |
| (787) 620-0527 (Phone) | Winston & Strawn LLP |
| (787) 620-0039 (Fax) | 1700 K Street, NW |
| gramlui@yahoo.com | Washington, DC 20006 |
| | (202) 282-5000 (Phone) |
| | (202) 282-5100 (Fax) |
| | adlowell@winston.com |
| | ebloom@winston.com |
| | cman@winston.com |
| | |
| Sonia Torres, Esq. (USDC-209310) | Jonathan W. Haray (*pro hac vice*) |
| Meléndez Torres Law PSC | Courtney Saleski (*pro hac vice*) |
| MCS Plaza, Suite 1200 255 | DLA Piper LLP (US) |
| Ponce de León Avenue San | 500 8th Street NW |
| Juan, PR 00917 | Washington, DC 20004 |
| (787) 281-8100 (Phone) | (202) 799-4000 (Phone) |
| (787) 281-8310 (Fax) | (202) 799-5000 (Fax) |
| storres@melendeztorreslaw.com | jonathan.haray@dlapiper.com |
| | courtney.saleski@dlapiper.com |

*Counsel for Banco San Juan Internacional, Inc.*

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed on December 9, 2019 with the Clerk of Court using the CM/ECF system, which automatically sent a notice of electronic filing to all counsel of record.

                              */s/ Abbe David Lowell*
                              Abbe David Lowell