IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>$53,082,824.19 IN U.S. CURRENCY,<br><br>*Defendant*. | No. 19-cv-01930 |

**BANCO SAN JUAN INTERNACIONAL'S REPLY IN SUPPORT
OF ITS MOTION TO LIFT RESTRICTIONS**

Guillermo Ramos Luiña (USDC-204007)
PO Box 2763, UPR Station
San Juan, PR 00931-2763
(787) 620-0527 (Phone)
(787) 620-0039 (Fax)
gramlui@yahoo.com

Abbe David Lowell (*pro hac vice*)
Eric W. Bloom (*pro hac vice*)
Christopher D. Man (*pro hac vice*)
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006
(202) 282-5000 (Phone)
(202) 282-5100 (Fax)
adlowell@winston.com
ebloom@winston.com
cman@winston.com

Sonia Torres (USDC-209310)
Meléndez Torres Law PSC
MCS Plaza, Suite 1200 255
Ponce de León Avenue San
Juan, PR 00917 Telephone:
(787) 281-8100 (Phone)
(787) 281-8310 (Fax)
storres@melendeztorreslaw.com

Jonathan W. Haray (*pro hac vice*)
Courtney Saleski (*pro hac vice*)
DLA Piper LLP (US)
500 8th Street, NW
Washington, DC 20004
(202) 799-4000 (Phone)
(202) 799-5000 (Fax)
jonathan.haray@dlapiper.com
courtney.saleski@dlapiper.com

*Counsel for Banco San Juan Internacional, Inc.*

TO THE HONORABLE COURT:

COMES NOW, Banco San Juan Internacional, Inc. ("BSJI"), by and through its undersigned attorneys, respectfully files this reply in respect to its motion to lift restrictions (Dkt. 71).[1]

It its opposition, the government no longer seeks to restrict the documents corresponding to Docket Entries 23, 51, 53, 55, 57, and 61 and in fact now requests that they be lifted. The parties are thus in agreement.

BSJI and the government have consulted regarding the remaining Docket Entries in question (Nos. 17, 26, and 59). They endeavor to provide the Court with redacted versions of these submissions consistent with the practices of the court so that the redacted copies can be placed on the public docket.

WHEREFORE, BSJI respectfully prays that the Court lift the restrictions as to the documents corresponding to Docket Entries 23, 51, 53, 55, 57, and 61. In the interim, the government and BSJI will consult and endeavor to provide the Court with redacted documents of Docket Nos. Nos. 17, 26, and 59 to be placed on the public docket.

Dated: December 16, 2019

---

[1] By Order dated December 10, 2019, this Court granted BSJI the right to file a reply.

<table>
<tr><td>

*/s/ Guillermo Ramos Luiña*
Guillermo Ramos Luiña (USDC-204007)
PO Box 2763, UPR Station
San Juan, PR 00931-2763
(787) 620-0527 (Phone)
(787) 620-0039 (Fax)
gramlui@yahoo.com

</td><td>

*/s/ Abbe David Lowell*
Abbe David Lowell (*pro hac vice*)
Eric W. Bloom (*pro hac vice*)
Christopher D. Man (*pro hac vice*)
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006
(202) 282-5000 (Phone)
(202) 282-5100 (Fax)
adlowell@winston.com
ebloom@winston.com
cman@winston.com

</td></tr>
<tr><td>

Sonia Torres, Esq. (USDC-209310)
Meléndez Torres Law PSC
MCS Plaza, Suite 1200 255
Ponce de León Avenue San
Juan, PR 00917
(787) 281-8100 (Phone)
(787) 281-8310 (Fax)
storres@melendeztorreslaw.com

</td><td>

Jonathan W. Haray (*pro hac vice*)
Courtney Saleski (*pro hac vice*)
DLA Piper LLP (US)
500 8th Street NW
Washington, DC 20004
(202) 799-4000 (Phone)
(202) 799-5000 (Fax)
jonathan.haray@dlapiper.com
courtney.saleski@dlapiper.com

</td></tr>
</table>

*Counsel for Banco San Juan Internacional, Inc.*