IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FUNDS IN THE AMOUNT OF $53,082,824.19 IN U.S. CURRENCY, <br><br> Defendant. | CIVIL NO. 19-1930 (PAD) |

## JUDGMENT

In accordance with the Order issued today (Docket No. 100), judgment is hereby entered dismissing the case with prejudice without imposition of costs, expenses or attorney's fees on any party.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of February, 2020.

<u>s/Pedro A. Delgado-Hernández</u>
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge